## Case No. 2,897.

### CLINE v. HULERY

[Cited in Fitch v. Cornell, Case No. 4,834. Nowhere reported; opinion not now accessible.]